<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7560**

_____

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

    v.

MICHAEL A. CLARK,

         Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:00-cr-00244-REP-1)

_____

Submitted: April 28, 2011        Decided: May 2, 2011

_____

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael A. Clark, Appellant Pro Se. Richard Daniel Cooke, Assistant United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Clark appeals the district court's order denying relief on his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Clark</u>, No. 3:00-cr-00244-REP-1 (E.D. Va. Oct. 12, 2010). We deny Clark's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>